UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/06

---------------------------------------x
PITBULL PRODUCTIONS, Inc.,
        Plaintiff,
   v.

Philip Bleicher and Devin Wiley
Individually and d/b/a Flava Works,
Distribution,
        Defendant.
---------------------------------------x

STIPULATION OF DISMISSAL

1:05-cv-7593

## STIPULATION OF DISMISSAL

The Plaintiff, Defendants and Counterclaim Defendants have consented to a dismissal of this action with prejudice upon the following terms and conditions:

1. The terms of the October 26, 2006 settlement agreement.
2. The parties shall each bear their own costs and attorneys' fees incurred in this action and waive all claims.

Dated: 10/26/06

Jennifer Meredith
Meredith & Keyhani, PLLC
Attorney for Plaintiffs

Dated: 10/27/06

Havona Madama
Madama Griffitts, LLP
Attorney for Defendants

So Ordered.

[signature], USDJ
October 30, 2006